

Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

June 4, 2020

**VIA ECF**
The Honorable Renee Marie Bumb, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

    Re:    Actelion Pharmaceuticals Ltd., et al., v. MSN Pharmaceuticals Inc., et al.,
            Case No. 1:20-cv-03859 (RMB) (KMW)

Dear Judge Bumb:

    My firm, along with Paul Hastings LLP, represents plaintiffs in the above-captioned matter.  Respectfully enclosed for Your Honor's consideration is a Stipulation and (Proposed) Order Dismissing Without Prejudice Aizant Drug Research Solutions Private Limited.  If acceptable to Your Honor, we would appreciate it if you would execute it and have it entered on the Court's docket.

    We thank the Court for its consideration of this matter.

                            Respectfully Submitted,

                             s/Keith J. Miller
                             Keith J. Miller, Esq.
                             Robinson Miller LLC
                             Ironside Newark
                             110 Edison Place, Suite 302
                             Newark, NJ 07102
                             Tel: 973-690-5400
                             Email: kmiller@rwmlegal.com