```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
                       CAMDEN VICINAGE
```

| | |
|---|---|
| ACTELION PHARMACEUTICALS, LTD et al.,<br><br>                    Plaintiff,<br><br>          v.<br><br>MSN PHARMACEUTICALS INC., et al.,<br><br>                    Defendants. | Civil No. 20-3859-RMB-KMW |

### SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephone Initial Conference held pursuant to Rule 16, Federal Rules of Civil Procedure on **July 16, 2020**; and the Court noting the following appearances: **Keith J. Miller, Esquire, Bruce M. Wexler, Esquire, Aaron Selikson, Esquire**, and **Susan E. Spencer, Esquire**, appearing on behalf of the plaintiff; and **Anandita Vyakarnam, Esquire**, appearing on behalf of defendant MSN; and **Lauren B. Cooper, Esquire**, and **Myoka Goodin, Esquire**, appearing on behalf of defendant Zydus; and **Kevin M. Capuzzi, Esquire**, and **Michael S. Weinstein, Esquire**, appearing on behalf of defendant Alembic; and for good cause shown:

IT IS this **16th** day of **July, 2020**, hereby **ORDERED**:

| Event | Date |
|---|---|
| Rule 16 Conference | July 16, 2020 **Th** at 10:30 AM |
| Parties to exchange Initial Disclosures | July 23, 2020 **Th** |
| Plaintiffs to serve "Disclosure of Asserted Claims" pursuant to L. Pat. R. 3.6(b) | July 23, 2020 **Th** |

| Event | Date |
|---|---|
| Parties to submit Proposed Discovery Confidentiality Order pursuant to L. Pat. R. 2.2 | July 30, 2020 **Th** |
| Defendants to serve "Invalidity Contentions" and "Non-Infringement Contentions," and to produce underlying documents pursuant to L. Pat. R. 3.6(c)-(f) | September 18, 2020 **F** |
| Plaintiffs to serve "Disclosure of Infringement Contentions" and "Responses to Invalidity Contentions," and produce underlying documents pursuant to L. Pat. R. 3.6(g)-(i) | December 11, 2020 **F** |
| Parties to exchange claim terms to be construed pursuant to L. Pat. R. 4.1(a) | December 23, 2020 **W** |
| **Telephone Status Conference with the Court.   All counsel shall dial 1-888-684-8852 to connect to the call.** | **December 29, 2020 at 11:00 a.m.** |

        1.  The Court hereby incorporates by reference the agreements the parties have reached concerning the limitations on discovery as set forth in the Joint Discovery Plan [Dkt. No. 37].

        2.  For any depositions requiring interpreters or translators, the depositions shall be scheduled for a minimum of 10.5 hours.  To the extent that interpretation or translation during any particular deposition necessitates additional time the parties shall meet and confer about the amount of additional time or present the disagreement to the court for resolution.  In any event said depositions shall not exceed 14 hours.

        3.  Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application.

The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Karen M. Williams
KAREN M. WILLIAMS
United States Magistrate Judge

cc:   Hon. Renée M. Bumb