### Exhibit A – Amended Scheduling Order Proposal

| Event | Defendants' Proposed Date | Plaintiffs' Proposed Date |
|---|---|---|
| Plaintiffs to serve "Disclosure of Infringement Contentions" and "Responses to Invalidity Contentions," and produce underlying documents pursuant to L. Pat. R. 3.6(g)-(i) | January 19, 2021 **T** | |
| Parties to exchange claim terms to be construed pursuant to L. Pat. R. 4.1(a) | January 29, 2021 **F** | |
| Parties to exchange "Preliminary Claim Constructions" and identification of supporting intrinsic and extrinsic evidence pursuant to L. Pat. R. 4.2(a)-(b) | February 19, 2021 **F** | |
| Parties to exchange identification of intrinsic and extrinsic evidence in support of opposition to other party's proposed constructions pursuant to L. Pat. R. 4.2(b) and (c) | March 5, 2021 **F** | |
| Parties to file Joint Claim Construction and Prehearing Statement pursuant to L. Pat. R. 4.3 | March 19, 2021 **F** | |
| Completion of fact discovery relating to claim construction, including depositions of non-expert witnesses identified in prior claim construction exchanges pursuant to L. Pat. R. 4.4 | March 26, 2021 **F** | |
| Parties to file Opening *Markman* Briefs pursuant to L. Pat. R. 4.5(a) | April 16, 2021 **F** | |
| Completion of any discovery from an expert witness who submitted a certification or declaration pursuant to L. Pat. R. 4.5(b) | May 12, 2021 **W** | |
| Parties to file Responsive *Markman* Briefs pursuant to L. Pat. R. 4.5(c) | June 2, 2021 **W** | |

| Event | Defendants' Proposed Date | Plaintiffs' Proposed Date |
|---|---|---|
| Parties to submit Proposed Schedule for Claim Construction Hearing pursuant to L. Pat. R. 4.6 | June 9, 2021 **W** | |
| Deadline for parties to seek leave to amend pleadings or join parties without leave of Court | June 10, 2021 **Th** | |
| Claim Construction Hearing | *Subject to the Court's availability* | |
| Any party, if relying upon advice of counsel as part of a patent-related claim or defense for any reason, to produce discovery related thereto for which the attorney-client and work product protection have been waived and to Serve a privilege log pursuant to L. Pat. R. 3.8. | *Not later than 30 days after entry of the Court's claim construction order* | |
| Date for substantial completion of document production | June 17, 2021 **Th** | |
| Parties to identify location(s) for depositions of foreign witnesses if any | June 17, 2021 **Th** | |
| Close of fact discovery | September 20, 2021 **M** | November 4, 2021 **Th** |
| Parties to exchange opening expert reports on issues for which a party bears the burden of proof | November 22, 2021 **M** | January 6, 2022 **Th** |
| Exchange rebuttal expert reports (including Plaintiffs' reports on any objective indicia of nonobviousness) | January 24, 2022 **M** | March 10, 2022 **Th** |
| Exchange reply expert reports (including Defendants' responsive reports to Plaintiffs' reports on any objective indicia of nonobviousness) | March 7, 2022 **M** | April 21, 2022 **Th** |
| Close of expert discovery | June 27, 2022 **M** | August 11, 2022 **Th** |

- 2 -

| Event | Defendants' Proposed Date | Plaintiffs' Proposed Date |
|---|---|---|
| Deadline for parties to file dispositive motions | August 22, 2022 **M** | October 6, 2022 **Th** |
| Deadline for parties to file responsive dispositive motions | September 19, 2022 **M** | November 3, 2022 **Th** |
| Deadline for parties to file reply dispositive motions | October 3, 2022 **M** | November 17, 2022 **Th** |
| Settlement Conference | *Subject to the Court's availability* | |
| Submission of Final Pretrial Order | November __, 2022 (*Subject to the Court's availability*) | January __, 2023 (*Subject to the Court's availability*) |
| Final Pretrial Conference | November __, 2022 (*Subject to the Court's availability*) | January __, 2023 (*Subject to the Court's availability*) |
| Trial | Early December __, 2022 (*Subject to the Court's availability*) | February __, 2023 (*Subject to the Court's availability*) |
| 7.5 Year Stay Expires | June 21, 2023 **W** | |

So Ordered: December 22, 2020

*KarenMWilliams*

Karen M. Williams
United States Magistrate Judge

- 3 -