

Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

January 26, 2021

**VIA ECF**
The Honorable Renee Marie Bumb, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

Re:   Actelion Pharmaceuticals Ltd., et al., v. MSN Pharmaceuticals Inc., et al., Case No. 1:20-cv-03859 (RMB) (KMW)

Dear Judge Bumb:

My firm, along with Paul Hastings LLP, represents Plaintiffs Actelion Pharmaceuticals Ltd and Nippon Shinyaku Co., Ltd. (collectively, "Plaintiffs") in the above-captioned matter (the "Lawsuit").  Respectfully enclosed for Your Honor's consideration are three Stipulations and Proposed Orders regarding U.S. Patent Nos. 8,791,122 ("the '122 patent") and 9,284,280 ("the '280 patent") and certain of the named parties, as described below.

Specifically, the parties have agreed that defendants MSN Laboratories Private Limited and MSN Pharmaceuticals Inc. (collectively, "MSN") and VGYAAN Pharmaceuticals LLC ("VGYAAN"), which had involved only the '122 and '280 patents, will be voluntarily dismissed from the Lawsuit.

The parties have also agreed that the claims against defendants Zydus Worldwide DMCC and Zydus Pharmaceuticals (USA) Inc. (collectively, "Zydus") with respect to the '122 patent and the '280 patent will be voluntarily dismissed.  The Lawsuit will, therefore, continue to proceed against Zydus as to remaining U.S. Patent No. 7,205,302.

These stipulations do not concern defendants Alembic Pharmaceuticals Limited and Alembic Pharmaceuticals, Inc. (collectively, "Alembic"), and, accordingly, the Lawsuit will continue with respect to Alembic.

If the three Stipulations and Proposed Orders are acceptable to Your Honor, we would appreciate their execution and entry on the Court's Docket.  Additionally, we respectfully request the amendment of the Lawsuit's caption to remove MSN and VGYAAN as named defendants, in accordance with the enclosed stipulations.

      We thank the Court for its consideration of this matter, and we are available if Your Honor has any questions about the above.

                                        Respectfully Submitted,

                                        s/*Keith J. Miller*  
                                        Keith J. Miller, Esq.  
                                        Robinson Miller LLC  
                                        Ironside Newark  
                                        110 Edison Place, Suite 302  
                                        Newark, NJ 07102  
                                        Tel: 973-690-5400  
                                        Email: kmiller@rwmlegal.com