UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ACTELION PHARMACEUTICALS LTD and NIPPON SHINYAKU CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC PHARMACEUTICALS, INC., VGYAAN PHARMACEUTICALS LLC, ZYDUS WORLDWIDE DMCC and ZYDUS PHARMACEUTICALS (USA) INC., <br><br> Defendants. | Civil Action No. 1:20-03859 (RMB) (KMW) |

**STIPULATION OF DISMISSAL AND ORDER**

Plaintiffs Actelion Pharmaceuticals Ltd and Nippon Shinyaku Co., Ltd. (collectively, "Plaintiffs") and Defendant VGYAAN Pharmaceuticals LLC ("VGYAAN" or "Defendant") by their undersigned counsel, stipulate and agree, subject to the approval of the Court, as follows:

**WHEREAS**, VGYAAN owns Abbreviated New Drug Application ("ANDA") No. 214055, which was filed with the United States Food and Drug Administration seeking approval to make and sell selexipag tablets, 200 mcg, 400 mcg, 600 mcg, 800 mcg, 1000 mcg, 1200 mcg, 1400 mcg and 1600 mcg ("VGYAAN's ANDA products") prior to the expiration of U.S. Patent Nos. 8,791,122 ("the '122 patent") and 9,284,280 ("the '280 patent");[1] and

---

[1] ANDA No. 214055 was previously owned by Aizant Drug Research Solutions Private Limited, which is, by agreement, bound by any order applicable to VGYAAN in this action. (D.I. 34.)

- 2 -

**WHEREAS**, on April 9, 2020, Plaintiffs filed suit against VGYAAN alleging that submission of ANDA No. 214055 and/or the sale and use of VGYAAN's ANDA products constitute and/or induce or contribute to acts of infringement under 35 U.S.C. §§ 271 (a), (b), (c), and (e)(2);

**NOW THEREFORE**, the parties hereby stipulate and agree as follows:

1. Pursuant to Rule 41(a) and 41(c) of the Federal Rules of Civil Procedure, all claims, counterclaims, and defenses as between Plaintiffs and VGYAAN concerning the '122 and '280 patents are dismissed without prejudice, and each party shall bear its own costs and attorney fees with respect to the '122 and '280 patents;

2. The case caption should be amended to remove VGYAAN as a named party to Civil Action No. 1:20-cv-03859 (RMB) (KMW).

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| s/ *Keith J. Miller* | s/ *Anandita Vyakarnam* |
| Keith J. Miller | Andrew J. Miller |
| ROBINSON MILLER LLC | Anandita Vyakarnam |
| Ironside Newark | WINDELS MARX LANE & MITTENDORF, LLP |
| 110 Edison Place, Suite 302 | One Giralda Farms |
| Newark, NJ 07102 | Madison, NJ 07940 |
| (973) 690-5400 | (973) 966-3200 |
| KMiller@rwmlegal.com | amiller@windelsmarx.com |
| | avyakarnam@windelsmarx.com |
| *Attorneys for Plaintiffs* | |
| *Actelion Pharmaceuticals Ltd* | *Attorneys for Defendant VGYAAN* |
| *and Nippon Shinyaku Co., Ltd.* | *Pharmaceuticals LLC* |

*Of Counsel:*

Bruce M. Wexler
Preston K. Ratliff II
Aaron P. Selikson
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

*Attorneys for Plaintiffs*
*Actelion Pharmaceuticals Ltd*
*and Nippon Shinyaku Co., Ltd.*


**IT IS SO ORDERED, this 27th day of January, 2021**

_____
The Honorable Renée Marie Bumb
United States District Judge