UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ACTELION PHARMACEUTICALS LTD and NIPPON SHINYAKU CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>MSN PHARMACEUTICALS INC.,<br>MSN LABORATORIES PRIVATE LIMITED,<br>ALEMBIC PHARMACEUTICALS LIMITED,<br>ALEMBIC PHARMACEUTICALS, INC.,<br>VGYAAN PHARMACEUTICALS LLC,<br>ZYDUS WORLDWIDE DMCC and<br>ZYDUS PHARMACEUTICALS (USA) INC.,<br><br>Defendants. | **Civil Action No. 1:20-03859 (RMB) (KMW)** |

## STIPULATION OF DISMISSAL AND ORDER

Plaintiffs Actelion Pharmaceuticals Ltd and Nippon Shinyaku Co., Ltd. (collectively, "Plaintiffs") and Defendants Zydus Worldwide DMCC and Zydus Pharmaceuticals (USA) Inc. (collectively, "Zydus" or "Defendants") by their undersigned counsel, stipulate and agree, subject to the approval of the Court, as follows:

**WHEREAS**, Zydus has filed Abbreviated New Drug Application ("ANDA") No. 214302 with the United States Food and Drug Administration seeking approval to make and sell selexipag tablets, 200 mcg, 400 mcg, 600 mcg, 800 mcg, 1000 mcg, 1200 mcg, 1400 mcg and 1600 mcg ("Zydus's ANDA products") prior to the expiration of U.S. Patent Nos. 7,205,302 ("the '302 patent"), 8,791,122 ("the '122 patent") and 9,284,280 ("the '280 patent"); and

**WHEREAS**, on April 9, 2020, Plaintiffs filed suit against Zydus alleging that submission of ANDA No. 214302 and/or the sale and use of Zydus's ANDA products constitute

and/or induce or contribute to acts of infringement under 35 U.S.C. §§ 271 (a), (b), (c), and (e)(2);

NOW THEREFORE, the parties hereby stipulate and agree as follows:

1. Pursuant to Rule 41(a) and 41(c) of the Federal Rules of Civil Procedure, all claims, counterclaims, and defenses as between Plaintiffs and Zydus concerning the '122 and '280 patents are dismissed without prejudice, and each party shall bear its own costs and attorney fees with respect to the '122 and '280 patents;

2. This stipulation shall have no effect on the claims and defenses with respect to the '302 patent, which remains in suit.

**STIPULATED AND AGREED TO BY:**

/s/ *Keith J. Miller*
Keith J. Miller
ROBINSON MILLER LLC
Ironside Newark
110 Edison Place, Suite 302
Newark, NJ 07102
(973) 690-5400
KMiller@rwmlegal.com

*Attorneys for Plaintiffs*
*Actelion Pharmaceuticals Ltd*
*and Nippon Shinyaku Co., Ltd.*

*Of Counsel:*

Bruce M. Wexler
Preston K. Ratliff II
Aaron P. Selikson
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

*Attorneys for Plaintiffs*
*Actelion Pharmaceuticals Ltd*
*and Nippon Shinyaku Co., Ltd.*

/s/ *Theodora McCormick*
Theodora McCormick
Lauren B. Cooper
Robert Lufrano
EPSTEIN BECKER & GREEN, P.C.
150 College Road West, Suite 301
Princeton, New Jersey 08540
(609) 455-1540
tmccormick@ebglaw.com
lcooper@ebglaw.com
rlufrano@ebglaw.com

*Attorneys for Defendants Zydus Worldwide*
*DMCC and Zydus Pharmaceuticals (USA) Inc.*

*Of Counsel:*

Michael J. Gaertner
Myoka K. Goodin
Jennifer M. Coronel
August M. Melcher
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700

- 3 -

*Attorneys for Defendants Zydus Worldwide DMCC and Zydus Pharmaceuticals (USA) Inc.*

**IT IS SO ORDERED**, this <u>27th</u> day of January, 2021

_____
The Honorable Renée Marie Bumb
United States District Judge