

Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

April 28, 2021

**VIA ECF**
The Honorable Renee Marie Bumb, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

    Re:    **Actelion Pharmaceuticals Ltd., et al., v. MSN Pharmaceuticals Inc., et al., Case No. 1:20-cv-03859 (RMB) (SAK)**

Dear Judge Bumb:

    My firm, along with Paul Hastings LLP, represents Plaintiffs Actelion Pharmaceuticals Ltd and Nippon Shinyaku Co., Ltd. (collectively, "Plaintiffs") in the above-captioned matter (the "Lawsuit"). Respectfully enclosed for Your Honor's consideration is a Stipulation and Proposed Orders regarding U.S. Patent Nos. 8,791,122 ("the '122 patent") and 9,284,280 ("the '280 patent") and defendants Alembic Pharmaceuticals Limited and Alembic Pharmaceuticals, Inc. (collectively, "Alembic").

    Specifically, the parties have agreed that the claims against Alembic with respect to the '122 patent and the '280 patent will be voluntarily dismissed, and that Alembic will be voluntarily dismissed from the lawsuit.

    The Lawsuit will, therefore, continue to proceed only against defendants Zydus Worldwide DMCC and Zydus Pharmaceuticals (USA) Inc. (collectively, "Zydus") as to remaining U.S. Patent No. 7,205,302.

    If the Stipulation and Proposed Order is acceptable to Your Honor, we would appreciate its execution and entry on the Court's Docket. Additionally, we respectfully request the amendment of the Lawsuit's caption to remove Alembic as a named defendant, in accordance with the enclosed stipulation.

    We thank the Court for its consideration of this matter, and we are available if Your Honor has any questions about the above.

        Respectfully Submitted,

        s/*Keith J. Miller*
        Keith J. Miller, Esq.
        Robinson Miller LLC
        Ironside Newark
        110 Edison Place, Suite 302
        Newark, NJ 07102
        Tel: 973-690-5400
        Email: kmiller@rwmlegal.com